BENJAMIN B. WAGNER
United States Attorney
MATTHEW G. MORRIS
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone:  (916) 554-2700
Facsimile:   (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  2:14-CR-90-GEB |
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; [PROPOSED] FINDINGS AND ORDER |
| v. | |
| THEODORE LELEAUX, | |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.      By previous order, this matter was set for status on May 30, 2014.

2.      By this stipulation, defendant now moves to continue the status conference until July 11, 2014, and to exclude time between May 30, 2014, and July 11, 2014, under Local Code T4.

3.      The parties agree and stipulate, and request that the Court find the following:

a)      The government has represented that the discovery associated with this case includes 211 pages of paper discovery and electronic discovery including thousands of email messages.  All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

b)      Counsel for defendant desires additional time to: (a) review the electronic

1    evidence which cannot be turned over directly because of restrictions contained at 18 U.S.C.

2    § 3509(m); (b) interview several witnesses.

3         c)    Counsel for defendant believes that failure to grant the above-requested

4    continuance would deny him the reasonable time necessary for effective preparation, taking into

5    account the exercise of due diligence.

6         d)    The government does not object to the continuance.

7         e)    Based on the above-stated findings, the ends of justice served by continuing the

8    case as requested outweigh the interest of the public and the defendant in a trial within the

9    original date prescribed by the Speedy Trial Act.

10        f)    For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,

11   et seq., within which trial must commence, the time period of May 30, 2014 to July 11, 2014,

12   inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4]

13   because it results from a continuance granted by the Court at defendant's request on the basis of

14   the Court's finding that the ends of justice served by taking such action outweigh the best interest

15   of the public and the defendant in a speedy trial.

16        4.    Nothing in this stipulation and order shall preclude a finding that other provisions of the

17   Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial

18   must commence.

19   \\\

20   \\\

21   \\\

22   \\\

23   \\\

24   \\\

25   \\\

26   \\\

27   \\\

28   \\\

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

1    IT IS SO STIPULATED.

2

3

4    Dated:  May 28, 2014                    BENJAMIN B. WAGNER
                                             United States Attorney

5

6                                            /s/ MATTHEW G. MORRIS
                                             MATTHEW G. MORRIS
7                                            Assistant United States Attorney

8

9    Dated:  May 28, 2014                    /s/ Jason Lawley
                                             Jason Lawley
10                                           Counsel for Defendant
                                             Theodore Leleaux

11

12

13

14              **[PROPOSED] FINDINGS AND ORDER**

15    IT IS SO FOUND AND ORDERED.

16   Dated:  May 29, 2014

17

18   _____

19   GARLAND E. BURRELL, JR.
     Senior United States District Judge

20

21

22

23

24

25

26

27

28

STIPULATION REGARDING EXCLUDABLE TIME              3
PERIODS UNDER SPEEDY TRIAL ACT