Jason Lawley  SBN:  232156
Law Office of Jason Lawley
901 H Street, Suite 674
Sacramento, CA  95814
(916) 442-2322
Email: Mjasonlawley@hotmail.com

IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,       ) | CASE:  2:14-cr-0090 GEB |
| ) | |
| Plaintiff                           ) | STIPULATION AND [PROPOSED] ORDER |
| ) | |
| v.                                  ) | DATE: JANUARY 29, 2016 |
| ) | TIME: 9 a.m. |
| Theodore Leleaux                    ) | DEPT: 10 |
| ) | |
| Defendant                           ) | |

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on JANUARY 29, 2016.

2. By this stipulation, defendant now moves to continue the status conference until MARCH 18, 2016 and to exclude time between JANUARY 29, 2016, and MARCH 18, 2016, under Local Code T4, in case 2:14-cr-0090 GEB.

3. The parties agree and stipulate, and request that the Court find the following:

   a) The government has represented that the discovery associated with this case is primarily physical evidence, seized from the defendant's residence,

**1** STIPULATION REGARDING EXCLUDABLE TIME

PERIODS UNDER SPEEDY TRIAL ACT

which is available for review by his counsel, and that there is one report forthcoming.

b) Counsel for defendant desires additional time to conduct legal research regarding the pending charges, and to arrange to physically inspect the evidence in this case.

c) Counsel for defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d) The government does not object to the continuance.

e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of JANUARY 29, 2016 to MARCH 18, 2016 inclusive, is deemed excludable in case 2:14-cr-0090 GEB pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: January 26, 2016                              BENJAMIN B. WAGNER United States Attorney

/s/ Matthew Morris

Matthew Morris

Assistant United States Attorney

Dated: January 26, 2016                              /s/ JASON LAWLEY

JASON LAWLEY

Counsel for Defendant

IT IS SO FOUND AND ORDERED.

Dated:  January 26, 2016

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

3  STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT