Jason Lawley (State Bar No. 232156)
Law Office of Jason Lawley
901 H Street, Suite 674
Sacramento, CA 95814
Phone: (916) 548-2066
Email: mjasonlawley@hotmail.com

Attorney for Theodore Leleaux

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>THEODORE LELEAUX,<br><br>    Defendant | Case No.: 2-14-CR-00090-GEB<br><br>FIRST AMENDED STIPULATION AND ORDER CONTINUING JUDGMENT AND SENTENCING DATE |

## **STIPULATION**

The United States, by and through its undersigned counsel, and the defendant, by and through his counsel of record, hereby stipulate as follows:

1. This matter was previously set for a Judgment and Sentencing Hearing on September 16, 2016.
2. The informal objections to the PSR have not yet been submitted to the probation officer due in part to defense counsel's illness and a possible misunderstanding between defense counsel and probation concerning the time frame to submit informal objections. Accordingly, defense counsel needs additional time to forward informal objections to Probation. The parties and Probation have agreed to this continuance.
3. The Proposed Pre-Sentence Report has already been disclosed to counsel.
4. Counsel's written objections to the Pre-Sentence Report shall be delivered to the probation officer no later than September 16, 2016 (five weeks before sentencing).
5. The Pre-Sentence Report shall be filed with the Court no later than October 7, 2016 (three weeks before sentencing).

FIRST AMENDED STIPULATION AND ORDER CONTINUING JUDGMENT AND SENTENCING DATE - 1

6. Motion for Correction of the Pre-Sentence Report shall be filed with the Court no later than October 14, 2016 (two weeks before sentencing), any reply or statement shall be filed by November 11, 2016.

7. By this Stipulation, the parties now move to continue the Judgment and Sentencing Hearing until October 28, 2016, at 9:00 a.m.  Anthony Andrews, the assigned probation officer, has been consulted and does not object.

**IT IS SO STIPULATED.**

DATED: September 8, 2016          /s/ Matthew Morris
                                  MATTHEW MORRIS
                                  Assistant U.S. Attorney

DATED: September 8, 2016          /s/ M. Jason Lawley
                                  M. JASON LAWLEY
                                  Attorney for THEODORE LELEAUX

## ORDER

IT IS FOUND AND ORDERED.

Dated:  September 9, 2016

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

FIRST AMENDED STIPULATION AND ORDER CONTINUING JUDGMENT AND SENTENCING DATE - 2