Jason Lawley (State Bar No. 232156)
Law Office of Jason Lawley
901 H Street, Suite 674
Sacramento, CA 95814
Phone: (916) 548-2066
Email: mjasonlawley@hotmail.com

Attorney for Theodore Leleaux

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>vs.<br><br>THEODORE LELEAUX,<br><br>      Defendant | Case No.: 2-14-CR-00090-GEB<br><br>STIPULATION AND ORDER CONTINUING JUDGMENT AND SENTENCING DATE |

## **STIPULATION**

The United States, by and through its undersigned counsel, and the defendant, by and through his counsel of record, hereby stipulate as follows:

1. This matter was previously set for a Judgment and Sentencing Hearing on October 28, 2016.
2. Motion for Correction of the Pre-Sentence Report shall be filed with the Court no later than November 4, 2016 (two weeks before sentencing), any reply or statement shall be filed by November 11, 2016.
3. By this Stipulation, the parties now move to continue the Judgment and Sentencing Hearing until November 18, 2016, at 9:00 a.m.  Anthony Andrews, the assigned probation officer, has been consulted and does not object.

**IT IS SO STIPULATED.**

STIPULATION AND ORDER CONTINUING JUDGMENT AND SENTENCING DATE - 1

DATED: October 21, 2016

    MATTHEW MORRIS
    Assistant U.S. Attorney

DATED: October 21, 2016

    M. JASON LAWLEY
    Attorney for THEODORE LELEAUX

## **ORDER**

IT IS FOUND AND ORDERED.

Dated: October 24, 2016

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

STIPULATION AND ORDER CONTINUING JUDGMENT AND SENTENCING DATE - 2