Jason Lawley (State Bar No. 232156)
Law Office of Jason Lawley
901 H Street, Suite 674
Sacramento, CA 95814
Phone: (916) 548-2066
Email: mjasonlawley@hotmail.com

Attorney for Theodore Leleaux

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>THEODORE LELEAUX,<br><br>    Defendant | Case No.: 2-14-CR-00090-GEB<br><br>FIRST AMENDED STIPULATION AND ORDER CONTINUING JUDGMENT AND SENTENCING DATE |

## **STIPULATION**

The United States, by and through its undersigned counsel, and the defendant, by and through his counsel of record, hereby stipulate as follows:

1. This matter was previously set for a Judgment and Sentencing Hearing on November 18, 2016.
2. Motion for Correction of the Pre-Sentence Report shall be filed with the Court no later than November 18, 2016 (two weeks before sentencing), any reply or statement shall be filed by November 25, 2016.
3. By this Stipulation, the parties now move to continue the Judgment and Sentencing Hearing until December 2, 2016, at 9:00 a.m.  Anthony Andrews, the assigned probation officer, has been consulted and does not object.

**IT IS SO STIPULATED.**

FIRST AMENDED STIPULATION AND ORDER CONTINUING JUDGMENT AND SENTENCING DATE - 1

DATED: October 25, 2016     /s/ Matthew Morris
                            MATTHEW MORRIS
                            Assistant U.S. Attorney


DATED: October 25, 2016     /s/ Jason Lawley
                            M. JASON LAWLEY
                            Attorney for THEODORE LELEAUX


**ORDER**

    IT IS FOUND AND ORDERED.

Dated:  October 26, 2016

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

FIRST AMENDED STIPULATION AND ORDER CONTINUING JUDGMENT AND SENTENCING DATE - 2