Jason Lawley (State Bar No. 232156)
Law Office of Jason Lawley
901 H Street, Suite 674
Sacramento, CA 95814
Phone: (916) 548-2066
Email: mjasonlawley@hotmail.com

Attorney for Theodore Leleaux

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>THEODORE LELEAUX,<br><br>    Defendant | Case No.: 2-14-CR-00090-GEB<br><br>STIPULATION AND ORDER CONTINUING JUDGMENT AND SENTENCING DATE |

## **STIPULATION**

The United States, by and through its undersigned counsel, and the defendant, by and through his counsel of record, hereby stipulate as follows:

1. This matter was previously set for a Judgment and Sentencing Hearing on December 2, 2016.
2. The parties are meeting and conferring about several issues that are relevant for sentencing, and believe that an additional two weeks will permit them to brief those issues in a more focused manner and preserve judicial resources to narrow the matters presented at the sentencing hearing.
3. By this Stipulation, the parties now move to continue the Judgment and Sentencing Hearing until December 16, 2016, at 9:00 a.m.

**IT IS SO STIPULATED.**

STIPULATION AND ORDER CONTINUING JUDGMENT AND SENTENCING DATE - 1

DATED: November 29, 2016          /s/ Matthew Morris
                                  MATTHEW MORRIS
                                  Assistant U.S. Attorney


DATED: November 29, 2016          /s/ Jason Lawley
                                  M. JASON LAWLEY
                                  Attorney for THEODORE LELEAUX


**ORDER**

     IT IS FOUND AND ORDERED.

Dated:  November 30, 2016

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

STIPULATION AND ORDER CONTINUING JUDGMENT AND SENTENCING DATE - 2