| | |
|---|---|
| PHILLIP A. TALBERT<br>United States Attorney<br>MATTHEW G. MORRIS<br>Assistant United States Attorney<br>501 I Street, Suite 10-100<br>Sacramento, CA 95814<br>Telephone: (916) 554-2700<br>Facsimile: (916) 554-2900 | |
| Attorneys for Plaintiff<br>United States of America | |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>THEODORE LELEAUX,<br><br>Defendant. | CASE NO. 2:14-CR-90<br><br>STIPULATION AND PROPOSED ORDER TO CONTINUE RESTITUTION HEARING<br><br>DATE: April 28, 2017<br>TIME: 9:00 a.m.<br>COURT: Hon. Garland E. Burrell, Jr. |

By prior order, this case is set for a restitution hearing on April 28, 2017. The parties, by and through their respective undersigned attorneys, stipulate and agree that:

One restitution request was received by the government.

The government is discussing the status of the case and reviewing the request, in light of recent case law, and attempting to determine the appropriate restitution amount. Additional time will permit the parties to evaluate the requests and to confer with each other and with the victim who submitted the request, so that the issue can be more thoroughly briefed for the Court.

Accordingly, the parties stipulate and agree that the restitution hearing scheduled for April 28, 2017, be continued to May 26, 2017.

///

///

///

STIPULATION TO CONTINUE RESTITUTION HEARING

1

**SO STIPULATED.**

Dated: April 27, 2017    PHILLIP A. TALBERT
United States Attorney

By: /s/ MATTHEW G. MORRIS
MATTHEW G. MORRIS
Assistant United States Attorney

Dated: April 27, 2017    By: /s/ JASON LAWLEY
JASON LAWLEY
Attorney for Theodore Leleaux

**SO ORDERED.**

**Dated: April 28, 2017**

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge