PHILLIP A. TALBERT
United States Attorney
MATTHEW G. MORRIS
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:14-CR-90 |
|---|---|
| Plaintiff, | STIPULATION AND PROPOSED ORDER TO CONTINUE RESTITUTION HEARING |
| v. | DATE: May 26, 2017 |
| THEODORE LELEAUX, | TIME: 9:00 a.m. |
| Defendant. | COURT: Hon. Garland E. Burrell, Jr. |

By prior order, this case is set for a restitution hearing on May 26, 2017. The parties, by and through their respective undersigned attorneys, stipulate and agree that:

One restitution request was received by the government.

The government is discussing the status of the case and reviewing the request, in light of recent case law, and attempting to determine the appropriate restitution amount. Additional time will permit the parties to evaluate the requests and to confer with each other and with the victim who submitted the request, so that the issue can be more thoroughly briefed for the Court.

Accordingly, the parties stipulate and agree that the restitution hearing scheduled for May 26, 2017, be continued to June 30, 2017.

///

///

///

STIPULATION TO CONTINUE RESTITUTION HEARING          1

**SO STIPULATED.**

Dated: May 25, 2017                    PHILLIP A. TALBERT
                                       United States Attorney

                                       By: /s/ MATTHEW G. MORRIS
                                           MATTHEW G. MORRIS
                                           Assistant United States Attorney


Dated: May 25, 2017                    By: /s/ JASON LAWLEY
                                           JASON LAWLEY
                                           Attorney for Theodore Leleaux

**SO ORDERED.**

Dated: May 26, 2017

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge