PHILLIP A. TALBERT
United States Attorney
MATTHEW G. MORRIS
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:14-CR-90 |
|---|---|
| Plaintiff, | STIPULATION AND PROPOSED ORDER TO CONTINUE RESTITUTION HEARING |
| v. | |
| THEODORE LELEAUX, | DATE: August 4, 2017<br>TIME: 9:00 a.m.<br>COURT: Hon. Garland E. Burrell, Jr. |
| Defendant. | |

By prior order, this case is set for a restitution hearing on August 4, 2017. The parties, by and through their respective undersigned attorneys, stipulate and agree that:

One restitution request was received by the government.

The government has provided contact information for the victim's attorney to defense counsel. Defense counsel intends to correspond directly with the victim's attorney to discuss whether restitution is appropriate in this case, and if so, in what amount. Additional time will permit the parties to evaluate the requests and to confer with each other and with the victim who submitted the request, so that the issue can be more thoroughly briefed for the Court.

Accordingly, the parties stipulate and agree that the restitution hearing scheduled for August 4, 2017, be continued to September 15, 2017 and that the period for determining the amount of restitution be equitably tolled for the reasons set out in this stipulation because the parties jointly request time to resolve complex issues of fact and law.

STIPULATION TO CONTINUE RESTITUTION HEARING     1

**SO STIPULATED.**

Dated: August 3, 2017
PHILLIP A. TALBERT
United States Attorney

By: /s/ MATTHEW G. MORRIS
MATTHEW G. MORRIS
Assistant United States Attorney

Dated: August 3, 2017
By: /s/ JASON LAWLEY
JASON LAWLEY
Attorney for Theodore Leleaux

**SO ORDERED.**

**Dated: August 4, 2017**

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge