PHILLIP A. TALBERT
United States Attorney
MATTHEW G. MORRIS
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>THEODORE LELEAUX,<br><br>Defendant. | CASE NO. 2:14-CR-90-GEB<br><br>[PROPOSED] ORDER |

1. The restitution hearing scheduled for September 15, 2017, is vacated.

2. Defendant Theodore Leleaux is ordered to pay $3,000 in restitution to the victim known as "Sarah" at a rate of not less than $25 per month.

3. The clerk of the Court will mail restitution payments to:

   Carol L. Hepburn in trust for Sarah

   2722 Eastlake Avenue E. Suite 200

   Seattle, WA 98102

IT IS SO FOUND AND ORDERED.

Dated: September 14, 2017

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

[PROPOSED] ORDER

1